UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SABAIN DAVIS,<br>        Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>        Defendant. | Case No. 2:12-cv-07608-RNB<br><br>~~[PROPOSED]~~ **JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATE: February 19, 2013

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE