LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SABAIN DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  CV 12-07608 RNB<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the terms of the stipulation.

    DATE: March 13, 2013   _____

                              HON. ROBERT N. BLOCK
                              UNITED STATES MAGISTRATE JUDGE

-1-